FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2004

at 12 o'clock and 19 min. P M
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LEFT SIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CR. NO. 03-00200-03 (HG) |
| vs. | PRELIMINARY ORDER OF FORFEITURE; EXHIBIT "A" |
| DOUG FARIAS, (03) a/k/a "Hollywood," Defendant. | |

PRELIMINARY ORDER OF FORFEITURE

As a result of his guilty plea as to Count 1, and, admissions as to forfeitures as to Count 9 of the Second Superseding Indictment, for which the government sought forfeiture pursuant to 21 U.S.C. § 853, defendant shall forfeit to the United States all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation.

The Court has determined, based on defendant's plea agreement, that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853, and that the government has established the requisite nexus between such property and such offenses:

(a) $50,000.00 in U.S. currency seized from a rental vehicle in the presence of Doug Farias on or about February 22, 2003;

(b) a black 1986 Ford Mustang bearing Vehicle Identification Number 1FABP28M2GF176293 and Hawaii license plate number GYR-851;

(c) a Sony Trinitron 36" flat screen television, serial number 9000174;

(d) $16, 200.00 in U.S. Currency seized from the residence of Doug Farias located at 46-441B Kahuhipa Street, Kaneohe, Hawaii, on or about April 11, 2003, and

(e) 68 pieces of miscellaneous jewelry seized from the residence of Doug Farias located at 46-441B Kahuhipa Street, Kaneohe, Hawaii, on or about April 11, 2003, and further described in Exhibit A hereto as the 72 listed items, excluding items #6, #13, #43, and #72.

(all the property referenced to above are hereinafter referred to collectively as the "Subject Property").

Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to seize the Subject Property, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish notice of the Order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

Any person, other than the above-named defendant, asserting a legal interest in the Subject Property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing or before sentencing if the defendant consents and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: FEB 27 2004, at Honolulu, Hawaii.

HELEN GILLMOR

HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

Presented by:

LOUIS A. BRACCO
Assistant U. S. Attorney

MICHAEL GREEN
Attorney for DOUG FARIAS

USA v. Doug Farias; Cr. No. 03-00200-03 (HG); "Preliminary Order of Forfeiture"

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
# ITEMIZATION LIST

District : HI District of Hawaii
Sub-Office :
OIA Case Number : 281E-HN-17354
OIA Agency : FBI
Court Case Name : US vs. Miscellaneous Jewelry
Court Case Number : UNKNOWN
Asset Identification : 03-FBI-002373

Forfeiture Type : Administrative
Gov't/Private : Government NASAF

Seizure Number : 3280030054

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | |
|---|---|---|---|
| 1 | 1 | Silver Colored "Movado" Watch with blue face<br>Model 84-G1-1899<br>5627034<br>JE | Good |
| 2 | 1 | Gold Colored imitation "Rolex" watch with white face<br>JE | Good |
| 3 | 1 | (2A-4) Gent's Two-Tone Stainless Steel "Wittnauer" Wristwatch<br>JE | Good |
| 4 | 1 | (2A-3) Gent's Stainless Steel and Diamond "Wittnau Wristwatch<br>JE | Good |
| 5 | 1 | Black Colored "Movado" Watch with black face<br>Model 87-40-882N<br>NO SN<br>JE | Good |
| 6 | 1 | Silver Colored "Movado" Watch with white face<br>Model 84-C5-898<br>3418428<br>JE | Good |
| 7 | 1 | (40-G) Lady's Sapphire, Diamond and Gold Bracelet<br>JE | Good |
| 8 | 1 | (40-H) Lady's Gold and Diamond Bracelet<br>JE | Good |

EXHIBIT A

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

District : HI District of Hawaii
Sub-Office :
OIA Case Number : 281E-HN-17354
OIA Agency : FBI
Court Case Name : US vs. Miscellaneous Jewelry
Court Case Number : UNKNOWN
Asset Identification : 03-FBI-002373

Forfeiture Type : Administrative
Gov't/Private : Government NASAF
Seizure Number : 3280030054

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | |
|---|---|---|---|
| 9 | 1 | (40-I) Lady's Gold Bracelet | |
| | | JE | Good |
| 10 | 1 | (40-J) Lady's Gold Bracelet | |
| | | JE | Good |
| 11 | 1 | (2B-1) Gold Pendant | |
| | | JE | Good |
| 12 | 1 | (2B-2) Gold Pendant | |
| | | JE | Good |
| 13 | 1 | (2B-4) Gent's Diamond and Gold Identification Brac | |
| | | JE | Good |
| 14 | 1 | (44-A) Sterling Silver Bracelet | |
| | | JE | Good |
| 15 | 1 | (44-B) Lady's Sterling Silver Bracelet | |
| | | JE | Good |
| 16 | 1 | (44-C) Lady's Gold Hawaiian Ring | |
| | | JE | Good |

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
# ITEMIZATION LIST

| | | | | | |
|---|---|---|---|---|---|
| District | : | HI District of Hawaii | | | |
| Sub-Office | : | | | | |
| OIA Case Number | : | 281E-HN-17354 | Forfeiture Type | : | Administrative |
| OIA Agency | : | FBI | Gov't/Private | : | Government NASAF |
| Court Case Name | : | US vs. Miscellaneous Jewelry | | | |
| Court Case Number | : | UNKNOWN | | | |
| Asset Identification | : | 03-FBI-002373 | Seizure Number | : | 3280030054 |

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | |
|---|---|---|---|
| 17 | 1 | Lady's Silver Colored "Movado" Watch with clear stones, Model 92-36-828<br>3419844<br>JE | Good |
| 18 | 1 | (40-B) 14K Gold Hawaiian Bracelet<br>JE | Good |
| 19 | 1 | (40-C) Diamond and White Gold Bracelet<br>JE | Good |
| 20 | 1 | (40-D) Diamond and White Gold Bracelet<br>JE | Good |
| 21 | 1 | (40-E) Gold Bracelet<br>JE | Good |
| 22 | 1 | (40-F) Gold Bracelet<br>JE | Good |
| 23 | 1 | (35-A) Lady's Sapphire, Daimond and Gold Ring<br>JE | Good |
| 24 | 1 | (35-B) Lady's Diamond and Gold Ring<br>JE | Good |

UNITED STATES MARSHALS SERVICE

SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
ITEMIZATION LIST

District : HI District of Hawaii
Sub-Office :
OIA Case Number : 281E-HN-17354
OIA Agency : FBI
Court Case Name : US vs. Miscellaneous Jewelry
Court Case Number : UNKNOWN
Asset Identification : 03-FBI-002373

Forfeiture Type : Administrative
Gov't/Private : Government NASAF

Seizure Number : 3280030054

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 25 | 1 | (35-C) Lady's Garnet, Peridot, Citrine, Topaz, Ame and Gold Ring<br>Good<br>JE |
| 26 | 1 | (35-D) Lady's Diamond and Gold Ring<br>Good<br>JE |
| 27 | 1 | (35-E) Pair of Diamond and Gold Earrings<br>Good<br>JE |
| 28 | 1 | (35-F) Pair of Gold Earrings<br>Good<br>JE |
| 29 | 1 | (35-G) Pair of Gold Earrings<br>Good<br>JE |
| 30 | 1 | (35-H) Pair of Diamond and Gold Earrings<br>Good<br>JE |
| 31 | 1 | (35-I) One Gold Earring<br>Good<br>JE |
| 32 | 1 | (35-J) One Cubic Zirconia and Gold Earring<br>Good<br>JE |

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

| | | | | | |
|---|---|---|---|---|---|
| District | : | HI District of Hawaii | | | |
| Sub-Office | : | | | | |
| OIA Case Number | : | 281E-HN-17354 | Forfeiture Type | : | Administrative |
| OIA Agency | : | FBI | Gov't/Private | : | Government NASAF |
| Court Case Name | : | US vs. Miscellaneous Jewelry | | | |
| Court Case Number | : | UNKNOWN | | | |
| Asset Identification | : | 03-FBI-002373 | Seizure Number | : | 3280030054 |

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | |
|---|---|---|---|
| 33 | 1 | (37-A) Lady's Gold Chain Necklace | |
| | | | Good |
| | | JE | |
| 34 | 1 | (37-B) Gold Chain Necklace | |
| | | | Good |
| | | JE | |
| 35 | 1 | (37-C) Child's Gold Ring | |
| | | | Good |
| | | JE | |
| 36 | 1 | (37-D) Lady's Diamond and White Gold Ring | |
| | | | Good |
| | | JE | |
| 37 | 1 | (37-E) Lady's Diamond and White Gold Ring | |
| | | | Good |
| | | JE | |
| 38 | 1 | (8A) Lady's Diamond and White Gold Ring | |
| | | | Good |
| | | JE | |
| 39 | 1 | (8B) Lady's Diamond and White Gold Ring | |
| | | | Good |
| | | JE | |
| 40 | 1 | (8C) Lady's Diamond and White Gold Pendant and Ch | |
| | | | Good |
| | | JE | |

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

District : HI District of Hawaii
Sub-Office :
OIA Case Number : 281E-HN-17354
OIA Agency : FBI
Court Case Name : US vs. Miscellaneous Jewelry
Court Case Number : UNKNOWN
Asset Identification : 03-FBI-002373

Forfeiture Type : Administrative
Gov't/Private : Government NASAF
Seizure Number : 3280030054

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 41 | 1 | (8D) Lady's Diamond and Stainless Steel Wristwatc<br>Good<br>JE |
| 42 | 1 | (38-A) White Gold Chain<br>Good<br>JE |
| 43 | 1 | (38-B) White Gold and Diamond Pendant and Chain Ne<br>Good<br>JE |
| 44 | 1 | (38-C) Lady's Diamond and White Gold Cross Pendant Chain<br>Good<br>JE |
| 45 | 1 | (38-D) Gent's Sterling Silver Ring<br>Good<br>JE |
| 46 | 1 | (42) Pair of Lady's Diamond and White Gold Earring<br>Good<br>JE |
| 47 | 1 | (43-A) Tiffany Sterling Silver Bracelet<br>Good<br>JE |
| 48 | 1 | (43-B) Tiffany Sterling Silver Chain Necklace<br>Good<br>JE |

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
# ITEMIZATION LIST

| | | | | |
|---|---|---|---|---|
| District | : | HI District of Hawaii | | |
| Sub-Office | : | | | |
| OIA Case Number | : | 281E-HN-17354 | Forfeiture Type : | Administrative |
| OIA Agency | : | FBI | Gov't/Private : | Government NASAF |
| Court Case Name | : | US vs. Miscellaneous Jewelry | | |
| Court Case Number | : | UNKNOWN | | |
| Asset Identification | : | 03-FBI-002373 | Seizure Number : | 3280030054 |

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 49 | 1 | (43-C) Pair of Lady's Diamond and White Gold Earri<br>Good<br>JE |
| 50 | 1 | (43-D) Lady's Diamond and White Gold Pendant<br>Good<br>JE |
| 51 | 1 | (43-E) Lady's Cultured Tahitian Pearl, Diamond and Gold Ring<br>Good<br>JE |
| 52 | 1 | (39-A) Lady's Diamond and Gold I.D. Necklace<br>Good<br>JE |
| 53 | 1 | (39-B) Cultured Tahitian Pearl, Diamond and White Pendant<br>Good<br>JE |
| 54 | 1 | (39-C) Cultured Tahitian Pearl and Gold Necklace<br>Good<br>JE |
| 55 | 1 | (39-D) Gold Filigree Necklace<br>Good<br>JE |
| 56 | 1 | (39-E) Gold Chain Necklace<br>Good<br>JE |

UNITED STATES MARSHALS SERVICE

SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
ITEMIZATION LIST

| | | | | |
|---|---|---|---|---|
| District | : HI District of Hawaii | | | |
| Sub-Office | : | | | |
| OIA Case Number | : 281E-HN-17354 | | Forfeiture Type : | Administrative |
| OIA Agency | : FBI | | Gov't/Private : | Government NASAF |
| Court Case Name | : US vs. Miscellaneous Jewelry | | | |
| Court Case Number | : UNKNOWN | | | |
| Asset Identification | : 03-FBI-002373 | | Seizure Number : | 3280030054 |

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | |
|---|---|---|---|
| 57 | 1 | (39-F) Gold Rondell or Pendant | |
| | | JE | Good |
| 58 | 1 | (39-G) Silver Rondell | |
| | | JE | Good |
| 59 | 1 | (41-A) Sterling Silver Necklace | |
| | | JE | Good |
| 60 | 1 | (41-B) Lady's Diamond and White Gold Ring | |
| | | JE | Good |
| 61 | 1 | (41-C) Gold Chain | |
| | | JE | Good |
| 62 | 1 | (3A) Gent's Diamond and Gold Ring | |
| | | JE | Good |
| 63 | 1 | (3B) Gent's Diamond and Gold Ring | |
| | | JE | Good |
| 64 | 1 | (3C) Gent's Diamond and Gold Ring | |
| | | JE | Good |

UNITED STATES MARSHALS SERVICE

# SEIZED PROPERTY AND EVIDENCE CONTROL FORM (USM-102)
## ITEMIZATION LIST

District : HI District of Hawaii
Sub-Office :
OIA Case Number : 281E-HN-17354
OIA Agency : FBI
Court Case Name : US vs. Miscellaneous Jewelry
Court Case Number : UNKNOWN
Asset Identification : 03-FBI-002373

Forfeiture Type : Administrative
Gov't/Private : Government NASAF

Seizure Number : 3280030054

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type | |
|---|---|---|---|
| 65 | 1 | (3D) Gent's Diamond and White Gold Ring | |
| | | JE | Good |
| 66 | 1 | (3E) Gent's Diamond and Gold Insignia Ring | |
| | | JE | Good |
| 67 | 1 | (3F) Gent's Gold Bracelet | |
| | | JE | Good |
| 68 | 1 | (3G) Pair of Diamond and White Gold Earrings | |
| | | JE | Good |
| 69 | 1 | (3H) Pair of Lady's White Gold Earrings | |
| | | JE | Good |
| 70 | 1 | (3I) Gold Colored Earrings | |
| | | JE | Good |
| 71 | 1 | (3J) Pair of White Gold Earrings | |
| | | JE | Good |
| 72 | 1 | (2B-3) Gent's Gold Chain | |
| | | JE | Good |