# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 30, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 03-00200HG |
| CASE NAME: | U.S.A. vs. (01) JACK FRISBEE, aka "J-Man" and J-Dog" |
| ATTYS FOR PLA: | Louis A. Bracco |
| | Daniel L. Olson, Special Agent, FBI |
| ATTYS FOR DEFT: | William A. Harrison |
| U.S.P.O.: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 30, 2006 | TIME: | 2:00 - 3:00 |
| | | | (Motion: 30 min) |
| | | | (Sentencing: 30) |

COURT ACTION: SENTENCING AS TO COUNTS 1 AND 9 (FORFEITURE COUNT) OF THE SECOND SUPERSEDING INDICTMENT AS TO (01) JACK FRISBEE - GOVERNMENT'S MOTION FOR 5K1.1 DOWNWARD DEPARTURE -

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.
The Government's Motion for 5K1.1 Downward Departure is GRANTED.

Allocution by the defendant.

ADJUDGED: Impr of 180 mos.

SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory

condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

It is ORDERED that the Defendant's interest in the properties listed in the Amended Preliminary Order of Forfeiture, filed on October 27, 2004, and the Final Order of Forfeiture, filed January 30, 2006, be forfeited (Count 9).

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
RECOMMENDATIONS: Lompoc, CA. That the defendant participate in drug treatment, educational and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 30, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR. 03-00200HG

CASE NAME:        U.S.A. vs. (01) JACK FRISBEE, aka "J-Man" and J-Dog"

ATTYS FOR PLA:    Louis A. Bracco
                  Daniel L. Olson, Special Agent, FBI

ATTYS FOR DEFT:   William A. Harrison

U.S.P.O.:         Rosanne T. Donohoe

---

JUDGE:   Helen Gillmor           REPORTER:   Stephen Platt

DATE:    January 30, 2006        TIME:       2:00 - 3:00
                                             (Motion: 30 min)
                                             (Sentencing: 30)

---

COURT ACTION:  SENTENCING AS TO COUNTS 1 AND 9 (FORFEITURE COUNT) OF THE SECOND SUPERSEDING INDICTMENT AS TO (01) JACK FRISBEE - GOVERNMENT'S MOTION FOR 5K1.1 DOWNWARD DEPARTURE -

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.
The Government's Motion for 5K1.1 Downward Departure is GRANTED.

Allocution by the defendant.

ADJUDGED: Impr of 180 mos.

SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory

condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

It is ORDERED that the Defendant's interest in the properties listed in the Amended Preliminary Order of Forfeiture, filed on October 27, 2004, and the Final Order of Forfeiture, filed January 30, 2006, be forfeited (Count 9).

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
RECOMMENDATIONS: Lompoc, CA. That the defendant participate in drug treatment, educational and vocational training programs.

Submitted by: David H. Hisashima, Courtroom Manager